## CATLIN v. CATLIN, appellant.

*Reference — time within which to except to report — Waiver — of irregularity in taking testimony.*

Where the defects in a referee's report were apparent on its face, *held*, that the neglect of a party to except thereto for eight days after notice of filing extinguished his right to do so under supreme court rule 39.

Where evidence was taken before the arrival of the attorney for one of the parties, *held*, that a neglect to object upon the first opportunity was a waiver of the irregularity.

APPEAL from an order denying motion to vacate referee's report. The action was brought by Marian G. Catlin against William H. Catlin for a divorce on the ground of adultery. No answer was put in, and no exceptions filed to the report of the referee.

*M. P. Stafford,* for appellant.

*Julien T. Davies,* for respondent.

DANIELS, J.

The head-note states all that is of importance for publication in the opinion.

*Order affirmed.*

---

## CLEWS v. RAPHAEL, appellant.

*Arrest in civil action — what facts sufficient to sustain order.*

Plaintiffs, in an affidavit for an order of arrest, set forth that they paid, upon the request of defendant, who represented the holder to be a responsible party, certain drafts which were forged ; *held*, that a *prima facie* case for the order was made.

APPEAL from an order denying motion to vacate order of arrest. The order was granted in an action brought by Henry Clews and another against C. Rizzoni and George Raphael to recover the amount of two bills of exchange purporting to be drawn by the Bank of Egypt, which were subsequently discovered to be forgeries. The order of arrest was granted upon the affidavit of the manager of the foreign department of plaintiffs' banking house; that defend-